IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                      PLAINTIFF

v.                              No. 4:16-mc-8-DPM

DILLARD'S INC                                              RESPONDENT

## ORDER

1. The Court grants the EEOC's motion for an order to show cause,
№ 1, why Dillard's Inc., should not have to comply with a subpoena *duces*
*tecum* from the Commission.   The green card for the subpoena sent to
Dillard's CEO, *№ 3 at 45*, is unclear about whether service was perfected.  But
Dillard's responded and didn't raise any service-related defenses.   *№ 3*
*at 46–85*.  On this record, Dillard's Inc., has been served with the subpoena in
the EEOC's investigation of Charge No. 493-2013-01026.

2.   The Court requests a response from Dillard's to the EEOC's
subpoena by 1 July 2016.  Any reply from the EEOC is due by 13 July 2016.
The Court orders a person authorized to speak for Dillard's to appear and
explain why the company shouldn't be compelled by the Court to comply
with the subpoena.  The show-cause hearing will be held in courtroom B155,
Richard Sheppard Arnold United States Courthouse, 500 West Capitol

Avenue, Little Rock, Arkansas 72201, on 22 July 2016 at 9:00 a.m.  If a party

fails to appear at the hearing, the Court will consider imposing a sanction.

3.  The Court directs the United States Marshal to serve this Order on

Dillard's Inc.'s registered agent for service, The Corporation Company, at

124 West Capitol Avenue, Suite 1400, Little Rock, Arkansas 72201, by certified

mail (restricted delivery and return receipt requested) as soon as practicable

and file a return in due course.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 June 2016