IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                               PLAINTIFF

v.                         No. 4:16-mc-8-DPM

DILLARD'S INC.                                                       DEFENDANT

### ORDER

Second joint status report, № 36, noted and appreciated. Proposed questionnaire schedule, № 36 at 2, approved and adopted. Proposed schedule for disclosure of responses, № 36 at 3, approved and adopted. No hearing is needed on the sample-list issues because the parties have well briefed them. If the EEOC pursues a second mailing, it must disclose all the names to Dillard's lawyers only at that point. If the EEOC does not pursue a second mailing, it must disclose all the names when the sampling process ends. For now, things stay in the EEOC's capable hands. Dillard's lawyers are entitled to more information if the sampling hits a snag and full information when the process is done.


So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 January 2017