# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**                                **PLAINTIFF**

v.                              **No. 4:16-mc-8-DPM**

**DILLARD'S INC.**                                           **DEFENDANT**

## ORDER

The deadline for any motion for additional mailings has come and gone, and the questionnaire response period has ended. *№ 36 at 2.* The Court assumes the EEOC is providing Dillard's with any recently received responses. *№ 36 at 3.* If so, then the parties have complied with the Court's Orders, *№ 18, 35 & 37*, and this matter is concluded. The Court will close the file unless a party seeks some relief before 23 June 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_7 June 2017_