IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                              PLAINTIFF

v.                       No. 4:16-mc-8-DPM

DILLARD'S INC.                                                      DEFENDANT

## ORDER

The Court directs the Clerk to close this case. № 38.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2017